AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Clean Air Council, Environmental Integrity Project, and Citizens for Pennsylvania's Future ("PennFuture") *Plaintiff(s)* v. Michael Regan, in his official capacity as Administrator of the United States Environmental Protection Agency *Defendant(s)* | Civil Action No. 1:23-cv-2672 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Michael Regan
Administrator, U.S. Environmental Protection Agency
Office of the Administrator
Mail Code 1101A
1200 Pennsylvania Avenue NW
Washington, DC 20460

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jennifer Duggan
Lisa W. Hallowell
Environmental Integrity Project
1000 Vermont Avenue NW, Suite 1100
Washington, DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*