UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLEAN AIR COUNCIL, ENVIRONMENTAL INTEGRITY PROJECT, and CITIZENS FOR PENNSYLVANIA'S FUTURE,<br><br>     Plaintiffs,<br>  v.<br><br>MICHAEL S. REGAN, in his official capacity as Administrator, U.S. Environmental Protection Agency,<br><br>     Defendant. | Case No. 1:23-cv-2672 (CRC) |

**MOTION TO DISMISS**

  Pursuant to Federal Rule of Civil Procedure 12(b)(1), Defendant Michael S. Regan, in his official capacity as Administrator of the United States Environmental Protection Agency ("EPA"), hereby moves to dismiss Plaintiffs' complaint as moot.  The grounds for this motion are as follows:

  1.  On September 12, 2023, Plaintiffs filed a complaint against Defendant seeking an order declaring that Defendant is required to decide Plaintiffs' petition requesting that the EPA Administrator object to the Clean Air Act Title V Permit issued to the United States Steel Corporation by the Allegheny County Health Department.  ECF No. 1 at 7-8.

1

2. Plaintiffs also requested that the Court order Defendant to decide Plaintiffs' petition within 60 days and "[r]etain jurisdiction" until Defendant complies with the order. *Id*. at 8.

3. On September 18, 2023, the EPA Administrator decided Plaintiffs' petition and issued an order of decision. *In the Matter of United States Steel Corporation, Clairton Coke Works*, Order on Permit No. 0052-OP22 (September 18, 2023), https://www.epa.gov/system/files/documents/2023-10/us-steel-clairton-order_9-18-23.pdf.

4. EPA's decision on Plaintiffs' petition gave Plaintiffs' all the relief they could have obtained from their complaint and there is no remaining case or controversy between the parties. *Lewis v. Cont'l Bank Corp.*, 494 U.S. 472, 477 (1990). (The live case-or-controversy requirement subsists "through all stages of federal judicial proceedings.")

5. Therefore, the Court should dismiss Plaintiffs' claim as moot. *Mittleman v. Postal Regul. Comm'n*, 757 F.3d 300, 303 (D.C. Cir. 2014) (holding that a claim becomes moot once "the court can provide no effective remedy because a party has already obtained all the relief that it has sought").

Accordingly, Defendant respectfully requests that the Court dismiss Plaintiffs' complaint as moot.

Dated: November 9, 2023

        Respectfully submitted,

        TODD KIM
        ASSISTANT ATTORNEY GENERAL
        Environment and Natural Resources Division

          */s/Shari Howard*
        Shari Howard
        Trial Attorney

U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 598-9407
Fax: (202) 514-8865
shari.howard@usdoj.gov

Overnight delivery:
4 Constitution Square
150 M Street, NE
Room 4.1412
Washington, D.C. 20002

*Counsel for Defendant*